IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID B. LEE                                                                                          PLAINTIFF

v.                                      Case No. 1:21-cv-1067

KILOLO KIJAKAZI,
ACTING COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                            DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed July 6, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Bryant recommends that the Court dismiss this case for failure to prosecute.[1]

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 26th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On March 28, 2022, the Court ordered Plaintiff to file his appeal brief within thirty days of the filing of the social security transcript. That order was not returned as undeliverable. The transcript was filed on March 25, 2022, and to date, Plaintiff has not filed a brief. On June 6, 2022, the Court entered a show cause order directing Plaintiff to show cause within fourteen days why the case should not be dismissed for failure to obey a court order. The show cause order was not returned as undeliverable, and to date, Plaintiff has not responded or communicated with the Court in any way.